Steven H. Wilhelm, Esq. (SBN 064727)
**STEVEN H. WILHELM, A.P.C.**
1950 Fifth Avenue, Suite 100
San Diego, California 92101
Phone: 619.239.0687
Fax:    619.239.4219

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TIMM and JET LOGIC CONSULTANTS, INC. | CV-16-80011-MISC |
| Plaintiffs, | [PROPOSED] ORDER |
| v. | Date: |
| ADVANCED ENGINERRING SOLUTION, INC And AKHIL SETH, | Time:<br>Courtroom |
| Defendants | |

The within court having reviewed the notice of motion; the declaration in support of notice of motion as well as the memorandum of points and authorities in support of the notice of motion find that there is good cause to reopen the case with the prior miscellaneous number, CV-16-80011-MISC in order to allow collection proceedings as are referenced in the documents filed herewith.

IT IS SO ORDERED.

DATED: 6/21/2016          By: *Lucy H. Koh*
                              U.S. DISTRICT COURT JUDGE